Monday, May 5, 2014

■

No. 14–0561/NA.  U.S. v. John T. Taylor.  CCA 201300195.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 22, 2014.

No. 14–8017/AF.  Charles A. Wilson, Appellant v. United States, and Colonel Christopher Hill, in his official capacity as Commander, 78th Air Base Wing, United States Air Force, Appellees.  CCA 2014–01.  Appellant's motion for an immediate stay of the proceedings is denied.

Tuesday, May 6, 2014

■

344

No. 13–7001/AR.   U.S. v. Hasan K. Akbar.   CCA 20050514.   Appellee's motion to supplement the joint appendix is granted.

No. 14–0127/AF.   U.S. v. John I. Rodriguez.   CCA 38080.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 27, 2014.

No. 14–0468/AR.   U.S. v. Seth D. Lemasters.   CCA 20111143.   Appellant's motion to correct errata is granted.

No. 14–0568/AR.   U.S. v. Edwin Zelaya.   CCA 20110507.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 9, 2014.

No. 14–6007/AF.   U.S. v. Dex E. Yarber.   CCA 2013–25.   Appellee's motion for a summary and expedited disposition and Appellant's motion to stay trial proceedings are hereby denied.

